and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ Alan C. Page,
Associate Justice.

---

*See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ Kathleen A. Blatz
Chief Justice.

---

**John FOWLER, Jr., Respondent,**

v.

**CITY OF ST. PAUL, SELF–INSURED/RISK MANAGEMENT DIVISION, Relator.**

No. C3–01–1237.

Supreme Court of Minnesota.

Oct. 24, 2001.

Timothy S. Crom, Shari L. Johnson, Jardine, Logan & O'Brien, P.L.L.P., St. Paul, for relator.

Michael Steven Krug, Krug & Zuzpke, P.C., St. Paul, for respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 27, 2001, be, and the same is, affirmed without opinion.

---

**Ronald A. BERG, Relator,**

v.

**BAYPORT PRINTING HOUSE, INC., and Westfield Companies, Respondents.**

No. C9–01–1355.

Supreme Court of Minnesota.

Oct. 25, 2001.

Charles M. Cochrane, Roseville, for relator.

Susan M. Pasch, Cousineau, McGuire & Anderson, Minneapolis, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 14, 2001, be, and the same is, affirmed without opinion.